THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* MOLLIE SCHWARTZ, Respondent.

Argued June 2, 1948; decided July 16, 1948.

552

*John P. McGrath, Corporation Counsel (Samuel D. Johnson, Seymour B. Quel* and *Fred Iscol* of counsel), for appellant.

*Joseph M. Schwartz* for respondent.

Order of Appellate Division reversed and judgment of the Court of Special Sessions of the City of New York affirmed. Subdivision 1 of section 326 of the Multiple Dwelling Law, insofar as it provides for service of a notice or an order, has no application to criminal proceedings brought pursuant to the provisions of the Multiple Dwelling Law. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND, THACHER, DYE and FULD, JJ. Taking no part: CONWAY, J.